Motion GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| LASONDRA DOWELL | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-1479 |
| | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S SUPPLEMENTAL BRIEF ON *DIMAYA*

Petitioner Lasondra Dowell respectfully moves for leave to file a response to the government's *Dimaya* supplement to address some issues discussed by the government beyond the strict scope of *Dimaya* and to bring a new Sixth Circuit decision to the Court's attention.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Lasondra Dowell

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, I electronically filed the foregoing Motion for Leave to File Response to Government's Supplemental Brief on *Dimaya* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY